IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER BROMLEY : | |
|     Plaintiff, | |
| v. | CIVIL ACTION |
| : | NO. 15-4133 |
| CAROLYN W. COLVIN, Acting | |
| Commissioner of the Social Security | |
| Administration : | |
|     Defendant. | |

## **ORDER**

AND NOW, this 8th day of June, 2016, upon consideration of Plaintiff's Request for Review (Doc. No. 8), Defendant's Response thereto (Doc. No. 9), and the unopposed Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa (Doc. No. 11), it is hereby ORDERED as follows:

    1.    The Report and Recommendation is APPROVED and ADOPTED; and,

    2.    Plaintiff's Request for Review is DENIED.

BY THE COURT:

/s/ C. Darnell Jones II    J.