IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALTER BROMLEY       Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 15-4133 |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration       Defendant. | : | |

## **ORDER**

AND NOW, this 27th day of October, 2016, upon consideration of Plaintiff's Request for Review (ECF No. 8), Defendant's Response thereto (ECF No. 9), the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa (ECF No. 11), Plaintiff's Objections thereto (ECF No. 14), and Defendant's Response to Plaintiff's Objections (ECF No. 18), it is hereby ORDERED as follows:

1. Plaintiff's Objections are OVERRULED; and,

2. This Court's previous Order approving and adopting the Report and Recommendation (ECF No. 13) shall be deemed FINAL.

BY THE COURT:

/s/ C. Darnell Jones, II

C. Darnell Jones   II        J.